IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| PATRICIA JONES<br><br>Plaintiff,<br><br>v.<br><br>PARAMOUNT GLOBAL, *et al.*,<br><br>Defendants. | 2:26-CV-066-Z |

**ORDER**

On April 2, 2026, this Court entered an order noting inconsistencies between Plaintiff's IFP Application in this case and IFP applications she filed in a previous case. ECF No. 5. The Court ordered the Plaintiff to show cause "why her complaint should not be dismissed under Section 1915(e)(2)(A) for providing false or misleading information on her IFP Application" by Friday, April 17 at 5:00 p.m. (CDT). *Id.* at 5. The Court warned Plaintiff that "[f]ailure to respond to this show cause order may result in dismissal under Federal Rule of Civil Procedure 41(b)." *Id.* Plaintiff has not responded to the show cause order.

Rule 41(b) of the Federal Rules of Civil Procedure permits a court to dismiss an action *sua sponte* for failure to prosecute or follow orders of the Court. *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988). This authority flows from the Court's inherent power to prevent undue delays in the disposition of pending cases. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–31 (1962). Accordingly, Plaintiff's case is **DISMISSED without prejudice**.

**SO ORDERED.**

April 20, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE